# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIO MARGUIA,**

        **Plaintiff,**

**-vs-**                                **Case No.  6:09-cv-2024-Orl-28KRS**

**SUNRISE ELECTRONICS, INC.,**
**MAHMOUD MAHMOUD,**

        **Defendants.**

_____

## ORDER

This case is before the Court on the Renewed Joint Motion to Approve Settlement (Doc. No. 20) filed March 15, 2010.  The United States Magistrate Judge has submitted a report recommending that the settlement be approved.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection (Doc. No.  22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed March 16, 2010 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standard Act.

3.     Counsel for Plaintiff is prohibited from withholding any portion of the $4,520.00 payable to Plaintiff under the settlement agreement.

4.      Counsel for Plaintiff shall provide a copy of this Order to Plaintiff.

5.     The Court declines to reserve jurisdiction to enforce the settlement agreement.

6.     This case is dismissed with prejudice.

7.     The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23rd  day of March, 2010.


JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party